| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Jared Kaplan<br>Alexis Chait<br><br>Debtor(s). | CASE NO.: 2:24-bk-15192-BB<br>CHAPTER: Chapter 7<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **06/29/2024**    Printed name of Debtor 1: **Jared Kaplan**    Signature of Debtor 1: /s/ Jared Kaplan

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **06/29/2024**    Printed name of Debtor 2: **Alexis Chait**    Signature of Debtor 2: /s/ Alexis Chait

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                      F 1002-1.EMP.INCOME.DEC